In The United States District Court
For The District of Nebraska

Matthew O. Mixon
710 South 17th Street
Omaha, NE 68102

Plaintiff

VS.

① Douglas County Department of Corrections (D.C.D.C.) and
② Mark Foxhall C.E.O OF (D.C.D.C.)
③ Mail Room Employees OF (D.C.D.C.)
④ Business Office Employees OF (D.C.D.C.)
⑤ Records Dept. Employees OF (D.C.D.C.) all Sued in Their Official Capacities
Defendants

Case # 8:17CV370

42 U.S.C. § 1983
Civil Complaint

With Exhibits A Through I and P.L.R.A. Grievances

To Proceed in Forma Pauperis with 6 months Financial Account

Plaintiff brings Civil Complaint to this court against above Defendants For Violations of Plaintiffs (1st) and (14th) Amendments of The United States Constitution when Defendants Refuse to Send Legal Mail to the Courts, Held Plaintiffs mail in his Property. See Exhibits as This Plaintiff Const. Rights have been violated and This is still on going

[B] Grievances, and (Kites) Inmate Request Forms wrote to The Mail Room, Further Plaintiff gave The Employees The Choice ▇▇▇▇▇, ▇▇▇▇, ▇▇ To Send Out his Legal Mail or give Plaintiffs The grievance Forms, Employees For The Jail gave Grievancs. No Response That Plaintiff Could Read Exh. [B] and [C]

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Parties — Parties for Service
#1) Douglas County Department of Corrections, at 710 South 17th Street, Omaha NE 68102 is where These Incidents happened and ongoing and The Employee Respunsible For The over all runing is Mark Foxhall.

RECEIVED
OCT 6 = 2017
CLERK
U.S. DISTRICT COURT

-1-

[1]

#2) Mark Foxhall C.E.O. of The Douglas County Department of Correction, who has knowlenge and fails to ansner himself and has others Repond for (Mark Foxhall) is Sued in his Official Capacities as (he) is Responsible.

#3) Mail Room Employees of the Douglas County Dept of Corrections (D.C.D.C) are Sued in their Official Capacities.

#4) Business Office Employees of The Douglas County Dept. of Corrections (D.C.D.C.) are Sued in Their Official Capacities.

#5) Records Department Employees of the Douglas County. Dept. Of Corrections (D.C.D.C) are Sued in Their Official Capacities

\* All Parties Can be Served at the Douglas County Department of Corrections 710 South 17th Street, Omaha, NE 68102

------ Claims – Story ------

① Plaintiffs mail To The Courts was put in The mail Box on 09-13-2017... Addressed To The District Courts of Douglas County with Personal Property Release Form Extra postage to be attached To The One Stamp on The Envelope (To Case CI17-6924)

② Plaintiffs mail above Paragraph 1) was held/ Taken and kidnapped and Placed in Plaintiffs Property Bag and not sent to The Court on 09-14-2017 (under CI17-6924) ⟨Discovery is needed⟩

③ Above mail to The District Court was Evidence to Cause Dismissal of Defendants Criminal Case and because Defendants in This Case held it, and refused to send Plaintiffs Legal mail The Judge on 09-25-2017 did Not have it infront of Judge, Now Plaintiff is Still in Jail because of This Violation by D.C.D.C.

-2-

[2]

Policy, Rules and Procedures and Plaintiff Legal mail/ Communications with The courts/ state court of Douglas County Nebraska, U.S. (1st) and (14th) Amend. Violation by Defendants in This Case

(4) Further Plaintiff Claims Defendants of The mail Room business office, Records over Charging Plaintiff For Less Then 10 Pages in a #10 Legal envelope, Charging Plaintiff $1.19 and Committing Theft of Funds of Plaintiff Charging what They want to Charge.
**⊛** Because There is no way it will cost $1.19 For 10
⬤ Pages in a #10 Stamped envelope- And it already has ~~Pages in a #10 Stamped envelope and it already has~~ Postage on The Envelope to start with For 65¢ Each

(5) On 09-01-2017 Plaintiff sent a Legal Letter to The U.S. District Court For The District of Nebraska (Omaha) with over 20 Pages in The #10 Pre-stamped Envelope and was charged 94¢... which should bring Question to the $1.19 cost That was sent out in The mail over a week Later AFTER 09-25-2017 To The Douglas County District Court # Case # CI17-6924

⟨See Exhibits D, E and E⟩

(6) Plaintiff Claims 3 more Legal mailings with Exhibits That made it so Extra postage was needed on 09-17-2017 and Wrongfully held up by Defendants of The mail Room, businss office, and Records Departments in This Case

(7) Legal Letters to the courts above where 10+ Pages in #10 Pre-stamped Envelopes 65¢ Each, and This Plaintiff mail was held up to after 09-25-2017 and only Charged .21¢ Each with Clase to 10 pages or more in a Stamped #10 Envelope, ⟨and plaintiff had 76¢ on his account⟩

(8) Further Several legal Letters with Extra postage Needed to Attorneys For CI17-6924 Respondents For wrongfull Conduct in not Expunging wrongful conduct and False information By ~~████~~ ~~███~~ Public Defender, Prosecution, ⟨police Reports Case⟩ 2015)

—3—

[3]

⑨ These Legal Letters to attorneys For (Respondents Under CI17-6924) not responded to nor has This Plaintiff got his yellow copies/Receipts For The mailings to ① Timothy G Himes SR # 20544 Shakil A. Malike # 24697 ③ Edward D. Aotz # 1127 Mailing to Attoreys 09-13-2017 Through 09-20-2017 See Exhibit G

⑩ Defendants Employed by Records Dept of D.C.D.C. Say Plaintiff here is wasting Their Time and to Talk to Plaintiffs Attorney See Exhibit A and Refuse this Plaintiff his yellow inmate copy to the Douglas County District Court Sent and Attorneys Legal Letters Sent out

⑪ Plaintiff Claims his Legal mail to The Courts and attorneys are being thrown away, Lost, Distroid, because no responses

⑫ Plaintiff Claims his Amounts of Postage are wrong and Plaintiff is being Stolen From becuse The amounts and Weigt don't add up and Don't make sense

⑬ (Plaintiff) Sent a 8 paged Letter to (his) wife on 09-13-2017 and This Letter to The District Court of Douglas County Nebraska and also Charged 1.19 Which is over Charging Plaintiff based on The Postal Rates

⑭ Plaintiff Feels an investigation is needed because This Plaintiff has heard Several Pre-detainees Complaining about mail Costs, Not getting mail, or mail not going out

*** Plaintiffs Constitutional Rights have been Violated and his legal process is being hindered by Defendants above
 See Exhibits (A) Through (J) as Plaintiffs Statements are True
                              X_____
                              _____
                              _____

-4-                                              [4]

## Appointment of Counsel

① Because Plaintiff Mail/Legal mail has been Restrained and There is Proof of This, on going Mail Tampering – Restricting without abuse by Plaintiff There is a Civil Complaint pending against This (Jail)

② Douglas County Department of Corrections under 8:17-CV-325 and This could have Something to do with The Actions and inactions against This Plaintiff, with This Plaintiff mail and Plaintiff needs Counsel/Attorney appointment, For Protection of Law

## ⟨ Jail Rules/policys, State/Federal Laws/Constitution ⟩

① Violation of Defendants own Jail Rules and Policys, and procedures under Douglas County Department of Corrections concerning Legal mail

② Violations of Nebraska State Constitution and The United States Constitutional Amendments (1st) and (14th)

## Damages – Relief

Defendants together hinder access to The Courts in Violation of Their Duties, State and Federal Constitutional Laws That also Stopped This Plaintiffs'/evidence to The Courts — Although Delayed and Restrained by Defendants in This Case. Request Punitive Damages, and other Damages For Wrongful and Violations of Law/Const. Plaintiff Requests ($100,000.00) one Hundred Thousand Dollars, Damages Together

10/3/2017    X Matthew Mixon, Matthew Mixon
710 South 17th Street, Omaha, NE 68102

## Certificate of Service

I hereby varify that The above is True under The Penalty of Perjury

10/03/2017    X Matthew Mixon Matthew Mixon
710 South 17th Street, Omaha, NE 68102

—5—    [5]

## DOUGLAS COUNTY DEPARTMENT OF CORRECTIONS
## INMATE REQUEST FORM
## FORMULARIO De SOLICITUD PARA RECLUSOS

To/Para: _Records_ Date/Fecha: _09-27-2017_
(Print Name or Department/Escribir nombre o departamento con letra de imprenta)

_Matthew Mixon_
From/De: _Matthew Mixon_ Data/Datos: _332050_ H/U: _#17-2_
(Print Name/Escribir nombre con letra de imprenta)

**BOTH COPIES NEED TO BE SUBMITTED FOR RESPONSES**
(Deben Entregarse Ambas Copias Para Obtener Respuestas)

Request/Solicitud:

I did not get my Yellow Copies of (Legal Mail) and (Personal Mail) Placed in my property on 09/13/2017 Sent to you and withheld → on 09/14/2017 and said Placed in my property.

I need these for my Records

They are property Release forms and I need my Inmate Yellow copy(s) Please make me a copy, both wrote on 09/27 Thank you

_Matthew Mixon_ 09-27-2017
(Inmate Signature/Firma del Recluso) (Date/Fecha)

Reply/Respuesta: You should have copies from copys. We cannot waste our time and make you copies to keep losing. Just know everything have been filed and if your lawyer want these files they can do so.

9-28-17                                           _805L_
(Date/Fecha)    (Employee Printed Name/Nombre impreso del Empleado)(Employee Signature/Firma del empleado/Chit #/Recibo nro)

WHITE COPY: Inmate File          (Revised 7-2013)          DCC 7
YELLOW COPY: Inmate

Control # (N.°de Control) 142848

# DOUGLAS COUNTY DEPARTMENT OF CORRECTIONS
## INMATE GRIEVANCE FORM (Step One)
(Formulario de Denincia del Interno [Primer Paso])

**Inmate Name:** _____ (Nombre del Interno)
**Data #:** _____ (N.°de Intertificacion)
**Housing Unit:** 17-C (Unidad de Alojamiento)

**Date:** 09/21/2017 (Fecha)
**Date of Incident:** In the Month of September 2017 (Fecha del Indicente)

**Are you an Immigration Detainee?** YES / NO
(¿Es usted un inmigrante detenido?)

Please and Thank you for not continuing to Violate My legal Access

**Type of Grievance: (Please check one box)**
(Tipo de Denuncia [Marque una casilla])

[ ] Medical Medica)
[ ] Commissary/Account (Comisariato/Cuenta)
[X] Officer/Staff Complaint (Queja del official/personal
[ ] Kitchen/Food Service (Cocina/Servicio de comidas)
[X] Other (Otro)

**Summary of Grievance** (Resumen de la Denuncia) I have not been getting my Inmate Copys of my Legal Postage needed for Legal/Extra postage requests on my Personal Property requests, and When I did I was told 'My legal mail was placed in my property → Request My Inmate Copies of my Personal Property Release Forms (Yellow Copy) and I want to know if you Sent My legal mail out to The Courts

**Inmate's Signature** (Firma del interno) _____
**Witnessing Officer's Signature** (Firma del official que sirve de testigo) _____

---

**Signed (Firmado)** _____
**Date (Fecha)** _____

**Inmate's Signature** (Firma del interno)
**Date Rec'd** (Fecha registrada)
**Witnessing Officer's Signature** (Firma del oficial que sirve de testigo) 7227

Distribution:   White Copy: Case Management   Canary Copy: Inmate File/Records   Pink Copy: Inmate Copy
Rev. 11/2014                                                                   DCC 192

B

Control # (N.°de Control) 142846

# DOUGLAS COUNTY DEPARTMENT OF CORRECTIONS
# INMATE GRIEVANCE FORM (Step One)
(Formulario de Denincia del Interno [Primer Paso])

**Inmate Name:** _____ (Nombre del Interno)    **Data #:** _____ (N.°de Intertificacion)    **Housing Unit:** _____ (Unidad de Alojamiento)

**Date:** 09/21/2017 (Fecha)    **Date of Incident:** Sent out Legal Mail 9/13/2017, all open and placed in property by JRR 9/14/2017 (Fecha del Indicente)

**Are you an Immigration Detainee?** YES / NO
(¿Es usted un inmigrante detenido?)

**Type of Grievance:** (Please check one box)
(Tipo de Denuncia [Marque una casilla])

Unrestrain My Legal Mail from My Property and Send My Legal Mail to the Courts or I will File Civil Complaint and Claim Access to the Courts Violation.

[ ] Medical (Medica)    [ ] Commissary/Account (Comisariato/Cuenta)

[X] Officer/Staff Complaint (Queja del official/personal)    [ ] Kitchen/Food Service (Cocina/Servicio de comidas)

[X] Other (Otro) Legal Mail    ——> By JRR 9/14/17

**Summary of Grievance** (Resumen de la Denuncia) I was told an response to My Personal Property Release That My Legal Mail To The Douglas County district Court Case #CI17-6924 That My Legal Mail with Attached Property Release for Extra Legal Postage Was illegally held Kidnapped my mail and did not Send it out by Policy?

_____ 6513
Inmate's Signature (Firma del interno)    Witnessing Officer's Signature (Firma del official que sirve de testigo)

**Decision of Case Management** (Decision de la Direccion de Causas):

_____
_____
_____
_____
_____

Signed (Firmado) _____    Date (Fecha) 7227

Inmate's Signature    Date Rec'd    Witnessing Officer's Signature
(Firma del interno)    (Fecha registrada)    (Firma del official que sirve de testigo)

Distribution:    White Copy: Case Management    Canary Copy: Inmate File/Records    Pink Copy: Inmate Copy
Rev. 11/2014                    DCC 192

# DOUGLAS COUNTY DEPARTMENT OF CORRECTIONS
## PERSONAL PROPERTY RELEASE FORM
*(FORMULA PARA LIBERAR PROPIEDAD PERSONAL)*

**Please Print**
*(Por favor imprima)*

Date *(Fecha):* __09/17/2017__

__Mixon__  __Matthew__  __O__  __17-2__  __33 20S 10__
(Inmate)Last Name  First  M.I  H/U  Data #
*(Presos) (Apellidos)  (Primer Nombre)  (Dormitorio)(Numero de Identificación)*

**Inmate's Signature** *(Firma del preso):* __Matt Mixon__

Please release the following property*(Por favor, liberar el siguientepropiedad):* __Extra postage needed for this legal mail to the Douglas County District Court Clerk__

__Please send my legal mail to the court and tell me the cost of extra postage please__

**RELEASE THE ABOVE PROPERTY TO:**
*(Entregar la propiedadmensionadaarriba a la siguiente persona):*

Name: _____  Address: _____
*(Nombre)*  *(Direccion de Cosa)*

Telephone #: _____
*(Numera de Telefono)*

**PROPERTY RECEIVED BY:**
*(Propiedadrecibidapor)*

Signature: _____  Identification: _____
*(Firma)*  *(Numero de Identificacion)*

Records Technician: _____
Name  Chit#  Date  Time

Officer Verification Chit #: _____

White: Inmate File   Yellow: Inmate   Pink: Person Picking Up   Gold: Property Bag

Revised 07/2015   DCC 38

# DOUGLAS COUNTY DEPARTMENT OF CORRECTIONS
## PERSONAL PROPERTY RELEASE FORM
*(FORMULA PARA LIBERAR PROPIEDAD PERSONAL)*

**Please Print**
*(Por favor imprima)*

Date *(Fecha):* 9-17-2017

(Inmate) Last Name: Mellhon   First: Mixon   M.I: Q.   H/U: 17-2   Data #: 3320570

*(Presos)(Apellidos)  (Primer Nombre)  (Dormitorio)(Numero de Identification)*

Inmate's Signature *(Firma del preso):* Matthew Mixon

Please release the following property *(Por favor, liberar el siguiente propiedad):*

If Needed, Please place Extra Postage on This legal mail to the Clerk of the District Court, Douglas County, NE   Pro Se Litigant under CI07-6924

**RELEASE THE ABOVE PROPERTY TO:**
*(Entregar la propiedad mensionada arriba a la siguiente persona):*

Name: _____   Address: _____
*(Nambre)*   *(Direccion de Casa)*

Telephone #: _____
*(Numero de Telefono)*

**PROPERTY RECEIVED BY:**
*(Propiedad recibida por)*

Signature: _____   Identification: _____
*(Firma)*   *(Numero de Identification)*

Records Technician: _____
Name   Chit#   Date   Time

Officer Verification Chit #: _____

White: Inmate File   Yellow: Inmate   Pink: Person Picking Up   Gold: Property Bag

Revised 07/2015   DCC 38

# DOUGLAS COUNTY DEPARTMENT OF CORRECTIONS
## PERSONAL PROPERTY RELEASE FORM
*(FORMULA PARA LIBERAR PROPIEDAD PERSONAL)*

**Please Print**
*(Por favor imprima)*

Date *(Fecha):* 09/17/2017

| Mixon | Matthew | Q | 17-2 | 3320570 |
|---|---|---|---|---|
| (Inmate)Last Name | First | M.I. | H/U | Data # |
| *(Presos) (Apellidos)* | *(Primer Nombre)* | | *(Dormitorio)* | *(Numero de Identification)* |

**Inmate's Signature** *(Firma del preso):* Matthew Mixon

Please release the following property *(Por favor, liberar el siguientepropiedad):*

If Extra postage is needed, please place it on this letter to the federal Court Clerk

Thank you

**RELEASE THE ABOVE PROPERTY TO:**
*(Entregar la propiedadmensionadoarriba a la siguiente persona):*

Name: _____    Address: _____
*(Nombre)*                        *(Direccion de Casa)*

Telephone #: _____
*(Numero de Telefono)*

**PROPERTY RECEIVED BY:**
*(Propiedadrecibidapor)*

Signature: _____    Identification: _____
*(Firma)*                              *(Numero de Identification)*

Records Technician: _____
                    Name            Chit#            Date            Time

Officer Verification Chit #: _____

White: Inmate File    Yellow: Inmate    Pink: Person Picking Up    Gold: Property Bag

Revised 07/2015                                                    DCC 38

# DOUGLAS COUNTY DEPARTMENT OF CORRECTIONS
## INMATE REQUEST FORM
### FORMULARIO De SOLICITUD PARA RECLUSOS

To/Para: C.E.O. MARK Foxhall          Date/Fecha: 09-23-2017
(Print Name or Department/Escribir nombre o departamento con letra de imprenta)

From/De: Matthew O. Mixon   Data/Datos: 3320570  H/U: #17-2
(Print Name/Escribir nombre con letra de imprenta)

**BOTH COPIES NEED TO BE SUBMITTED FOR RESPONSES**
(Deben Entregarse Ambas Copias Para Obtener Respuestas)

Request/Solicitud:
Have my mail "Legal (mail)" went out? (mail) I have not got back my (inmate copy) on The Request to place Extra( postage on) Legal Letters to the Court's if needed

NO responses and/or amount placed on These Envelopes- So I know How much I am in Deb't.

Please Send my (yellow) copy of my Personal property Release Forms for Extra postage to be Sent on Legal mailings to me please. and other Copies between the 13TH of Sept. and 20TH of Sept 2017 to attorney's

_Matthew Mixon_                    09-23-2017
(Inmate Signature/Firma del recluso)    (Date/Fecha)

Reply/Respuesta:

Mr. Mixon —

As we discussed, there was not enough for the postage in your account initially but once you received the funds, you just need to kite to ask for it to be sent out. We will take care of getting them out. Thank you - De

9/27/17

(Date/Fecha)   (Employee Printed Name/Nombre impreso del Empleado)(Employee Signature/Firma del empleado/Chit #/Recibo nro)

WHITE COPY: Inmate File        (Revised 7-2013)                DCC 7
YELLOW COPY: Inmate



*(Federal Case 8:17-CV-325*
*Style Case CI 17-6924 Pro Se Litigant)*

**Please Fix it**

# DOUGLAS COUNTY DEPARTMENT OF CORRECTIONS
## INMATE REQUEST FORM
## FORMULARIO De SOLICITUD PARA RECLUSOS

To/Para: **Mail Personal D.C.D.C.** Date/Fecha: **09/15/2017**
(Print Name or Department/Escribir nombre o departamento con letra de imprenta)

From/De: **Matthew Mixon** Data/Datos: **3320570** H/U: **17-2**
(Print Name/Escribir nombre con letra de imprenta)

**BOTH COPIES NEED TO BE SUBMITTED FOR RESPONSES**
(Deben Entregarse Ambas Copias Para Obtener Respuestas)

Request/Solicitud: Why put my Legal Mail on my property when it is to be Sent to the Courts??? Legal Mail to the Courts by D.C.D.C. Policy Is to be Sent Reguardless if I have the money to pay right now. ———— Per your Policy, When money becomes available, The Money is Taken First. I am a pro se' Litigant CI17 6924 in Douglas County and Federal Case # 8:17CV 325 I Sent a property release form for the Cost of Extra Legal postage and your people or (You) Sent it/put it on my Property — Please Fix it. Send my Legal mail out Please.

(Inmate Signature/Firma del recluso) Matthew Mixon (Date/Fecha) 09/15/2017

Reply/Respuesta: _____

_____

(Date/Fecha) (Employee Printed Name/Nombre impreso del Empleado)(Employee Signature/Firma del empleado/Chit #/Recibo nro)

WHITE COPY: Inmate File (Revised 7-2013) DCC 7
YELLOW COPY: Inmate

13

# DOUGLAS COUNTY DEPARTMENT OF CORRECTIONS
## PERSONAL PROPERTY RELEASE FORM
*(FORMULA PARA LIBERAR PROPIEDAD PERSONAL)*

Please Print
*(Por favor imprima)*

Date *(Fecha)*: September 26, 2017

(Inmate) Last Name: Mixon    First: Matthew    M.I.    H/U: 17-2    Data #: 3320570
*(Presos) (Apellidos)    (Primer Nombre)    (Dormitorio) (Numero de Identification)*

Inmate's Signature *(Firma del preso)*: Matthew [signature]

Please release the following property *(Por favor, liberar el siguiente propiedad)*:

Please mail 2 envelopes that required extra postage - funding is now available on my account.

[Margin notation: 1.19 x 2 Oversized Postage 9/26/17 JK5421]

**RELEASE THE ABOVE PROPERTY TO:**
*(Entregar la propiedad mensionada arriba a la siguiente persona):*

Name: _____   Address: _____
*(Nombre)*                   *(Direccion de Casa)*

Telephone #: _____
*(Numero de Telefono)*

**PROPERTY RECEIVED BY:**
*(Propiedad recibida por)*

Signature: _____   Identification: _____
*(Firma)*                        *(Numero de Identification)*

Records Technician: _____
Name    Chit#    Date    Time

Officer Verification Chit #: _____

White: Inmate File    Yellow: Inmate    Pink: Person Picking Up    Gold: Property Bag

Revised 07/2015    DC038

# DOUGLAS COUNTY DEPARTMENT OF CORRECTIONS
## PERSONAL PROPERTY RELEASE FORM
*(FORMULA PARA LIBERAR PROPIEDAD PERSONAL)*

**Please Print**
*(Por favor imprima)*

Date *(Fecha):* 09-13-2017

| Mixon | Matthew | O. | 17 | 3320570 |
|---|---|---|---|---|
| (Inmate)Last Name | First | M.I | H/U | Data # |
| *(Presos) (Apellidos)* | *(Primer Nombre)* | *(Dormitorio)(Numero de Identificacion)* | | |

**Inmate's Signature** *(Firma del preso):* Matthew Mixon

Please release the following property *(Por favor, liberar el siguientepropiedad):*

(IF it is needed) Extra Postege to be Plaied on this envelope to ~~The Douglas County District~~

Eleanore Mixon 2567 Ellison Ave Omaha, NE 68111

postage required $1.19
insufficient funds
JRK 9/14/17
Letter added to property

**RELEASE THE ABOVE PROPERTY TO:**
*(Entregar la propiedadmensionadaarriba a la siguiente persona):*

Name: _____
*(Nombre)*

Address: _____
*(Direccion de Casa)*

Telephone #: _____
*(Numero de Telefono)*

**PROPERTY RECEIVED BY:**
*(Propiedadrecibidapor)*

Signature: _____    Identification: _____
*(Firma)*                                *(Numero de Identificacion)*

Records Technician: _____
                      Name        Chit#        Date        Time

Officer Verification Chit #: _____

White: Inmate File    Yellow: Inmate    Pink: Person Picking Up    Gold: Property Bag

Revised 07/2015                                                           DCC 38

Matthew mixon
Printed Name

( 3320570 ) (#17-2 )
  Data #      Module #

Douglas County
DEPARTMENT OF CORRECTIONS
710 SOUTH 17TH STREET
OMAHA, NEBRASKA 68102

**RECEIVED**

OCT 6 - 2017

**CLERK**
**U.S. DISTRICT COURT**

Hasler   FIRST-CLASS MAIL
10/04/2017
US POSTAGE $001.61⁰
ZIP 68102
011D10649071

COURTHOUSE
United States District
Court
111 S. 18th plaza,
Suite 1152
Omaha NE 68102-1322